United States District Court
Southern District of Texas

**ENTERED**
September 15, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 3:18–cr–00022 |
| § | |
| Dimitriaus Peterson § | |

# Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty, a presentence report is ordered.

1. By **November 29, 2022**, the initial presentence report must be disclosed to counsel *(about 35 days after determination of guilt)*.

2. By **December 13, 2022**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection *(14 days after disclosure)*.

3. By **December 27, 2022**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues *(14 days after disclosure)*.

4. Sentencing is set for **Tuesday, January 3, 2023 at 11:00 AM** *(no sooner than 35 days from initial disclosure)*.

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately–with a copy of this order–to:

   **United States Probation Office
   601 25th Street, Suite 401
   Galveston, Texas 77550
   Telephone: 409–766–3733**

   If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed September 15, 2022.

_____
Jeffrey V. Brown
United States District Judge